# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

United States of America,     Crim. No. 09-272 (JMR/JJK)

          Plaintiff,

v.

1. Keith James Hubbard,

          **ORDER**

          Defendant.

Michael A. Dees, Esq., Assistant United States Attorney, counsel for Plaintiff.

Andrea K. George, Esq., Assistant Federal Defender, counsel for Defendant.

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Jeffrey J. Keyes dated November 24, 2009. No objections have been filed to that Report and Recommendation in the time period permitted. Based on the Report and Recommendation of the Magistrate Judge, on all of the files, records, and proceedings herein, the Court now makes and enters the following Order.

    **IT IS HEREBY ORDERED** that:

    1. Defendant's Pretrial Motion to Suppress Evidence Obtained as a Result of Search and Seizure (Doc. No. 13), is **DENIED**; and

    2. Defendant's Pretrial Motion to Suppress Statements, Admissions, and Answers (Doc. No. 14), is **DENIED**.

Date: December 17, 2009            s/James M. Rosenbaum
                                                                        JAMES M. ROSENBAUM
                                                                        United States District Judge